*3*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 04-80744 |
| Plaintiff, | |
| V. | HONORABLE: ARTHUR J. TARNOW |
| EDWARD ADJEI, | VIOLATION: 8 U.S.C. 1326(a), (b)(1) (Attempted Reentry by Previously Deported Alien) |
| Defendant. | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(8 U.S.C. 1326(a), (b)(1); Attempted Reentry by Previously Deported Alien)**

1. On or about September 7, 2004, in the Eastern District of Michigan, Southern Division, the defendant,

**EDWARD ADJEI,**

an alien who had been previously deported or removed from the United States on or about January 24, 2003, at John F. Kennedy International Airport, New York, New York, who prior to his deportation or removal had

been convicted for commission of a felony offense, attempted to enter the United States, without first obtaining the express consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

**All in violation of Title 8, United States Code, Section 1326(a), (b)(1).**

THIS IS A TRUE BILL

*[signature]*
FOREPERSON
GRAND JURY

CRAIG S. MORFORD
United States Attorney

*[signature]*
SHELDON N. LIGHT
Chief, General Crimes Unit

*[signature]*
CHRISTOPHER VARNER
Assistant United States Attorney

Dated: 1-11-05

# Criminal Case Cover Sheet

**District Court**
**District of Michigan**

Case Number
04-80744

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: ☐ Yes  x No | **Companion Case Number:** <br> **Judge Assigned:** <br> **AUSA's Initials:** |

**Case Title:** USA v. Edward Adjei

**County where offense occurred:** Wayne County

**Check One:**   x Felony      ☐ Misdemeanor      ☐ Petty

☐ Indictment____/Information____ **no** prior complaint.
☐ Indictment____/Information____ based upon prior complaint [**Case number:** ]
x Indictment____/Information__x__ based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** 04-80744      **Judge:** Arthur J. Tarnow

☐ Original case was terminated; no additional charges or defendants.
x Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                                                         **Charges**


January 11, 2005
Date

CHRISTOPHER VARNER
Assistant United States Attorney

313-226-9684
Phone Number

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99