2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 04-80744 |
| Plaintiff, | |
| V. | HONORABLE ARTHUR J. TARNOW |
| EDWARD ADJEI, | |
| Defendant. | |

FILED
JAN 1 2 2005
CLERK'S OFFICE
DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF SUPERSEDING INDICTMENT

I, Edward Adjei, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Superseding Indictment in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof. I know that if I am convicted or plead guilty as charged, I may be sentenced as follows:

| Indictment Count Charge | Potential Imprisonment Potential Fine |
|---|---|
| Count 1<br>8 U.S.C. 1326(a)(2), (b)(1)<br>Attempted reentry of an alien after deportation | Imprisonment: 10 years and/or<br>Fine:           $250,000 |

EDWARD ADJEI
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of In re: Standing Order for Discovery and Inspection and Fixing Motion Cut-Off Date in Criminal Cases, Administrative Order No. 99-AO-003 (E.D. Mich. Jan. 26, 1999).


James Gerometta
Federal Defender's Office
645 Griswold Street, Room 2255
Penobscot Building
Detroit, Michigan 48226
    **Attorney for Defendant Edward Adjei**