UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 04-80744 |
| Plaintiff, | |
| v. | HONORABLE: ARTHUR J. TARNOW |
| EDWARD ADJEI, | |
| Defendant. | |
| _____/ | |

## GOVERNMENT'S EXHIBIT LIST

The government hereby files its exhibit list, which includes exhibits the government may use during its case-in-chief at trial. The exhibits are listed in alphabetical and/or numerical order, and are not listed in the order in which they may be admitted or used. The government makes no representation that it will offer each listed exhibit for admission into evidence. The government reserves the right to amend the exhibit list and to make such additions or deletions to it as are necessary before or during trial. If additional exhibits are added, they will be provided to defense counsel. The list does not include cross-examination or rebuttal exhibits , if any.

Respectfully submitted,

CRAIG S. MORFORD
UNITED STATES ATTORNEY

s/Christopher L. Varner
Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
E-mail: Christopher.Varner@usdoj.gov
Bar ID: 413642 (D.C.)

Date: January 13, 2005

| Exhibit # | Item | Date Admit. or I.D. |
|---|---|---|
| 1 | Immigration and Naturalization Service ("INS") Form I-862, "Notice to Appear," dated 01/28/00 | |
| 2 | Record regarding Deportable Alien travel via JPATS-USMS aircraft, dated 02/01/00 | |
| 2-A | Executive Office of Immigration Review, "Order of the Immigration Judge," dated 04/23/02 | |
| 3 | Letter, INS District Director to Consulate General of Ghana, dated 11/18/02 | |
| 4 | INS Form I-205, "Warrant of Removal/Deportation," dated 08/02/02 | |
| 5 | INS Form I-294, "Warning to Alien Ordered Removed or Deported" | |
| 6 | INS Newark District Office "Official Detail," dated 01/23/03 | |
| 7 | INS Form I-867A and 867B, "Record of Sworn Statement in Proceedings Under Section 235(b)(1) of the Act," dated 09/07/04 | |
| 8 | Bureau of Citizenship and Immigration Services, Department of Homeland Security, "Certification of Nonexistence of Record," dated 10/06/04 | |
| 9 | Fingerprint card for Edward Adjei, dated 03/25/94 | |
| 9-1 | Fingerprint card for Edward Adjei | |
| 9-2 | Fingerprint card for Edward Adjei, dated 01/27/00 | |
| 9-3 | Fingerprint card for Edward Adjei, dated 01/27/00 | |
| 9-3-A | Fingerprint card for Edward Adjei, dated 09/07/04 | |

| Exhibit # | Item | Date Admit. or I.D. |
|---|---|---|
| 9-4 | Fingerprint card for Edward Adjei, dated 09/08/04 | |
| 9-5 | Fingerprint card for Edward Adjei, dated 09/08/04 | |

## **CERTIFICATE OF SERVICE**

I, Christopher L. Varner, certify that on January 13, 2005, I served a copy of the foregoing document upon the person listed below by hand, and I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following person:

James R. Gerometta
Deputy Defender
Federal Defender's Office
645 Griswold Street, Room 2255
Penobscot Building
Detroit, Michigan 48226-4110
**Attorney for Defendant Edward Adjei**


_____

s/Christopher L. Varner
Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
E-mail:	Christopher.Varner@usdoj.gov
Bar ID: 413642 (D.C.)