# United States District Court
## Eastern District of Michigan

| | |
|---|---|
| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
| V. | |
| Edward Adjei | Case Number: 04CR80744-1 |
| | USM Number: 38972039 |
| [AKA: George Dei-tutu] | |
| | James Gerometta |
| | Defendant's Attorney |

**THE DEFENDANT:**

Pleaded guilty to count(s): 1s

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1326(a), (b)(1) | Attempted Reentry by Previously Deported Alien | 9/7/2004 | 1s |

The defendant is sentenced as provided in pages **2 through 3** of this judgment. This sentence is imposed pursuant of the Sentencing Reform Act of 1984

Count(s): 1 is dismissed on the motion of the United States after a plea of not guilty.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 18, 2005
Date of Imposition of Judgment

_/s/ Arthur J. Tarnow_
Arthur J Tarnow
United States District Judge

JAN 18 2005
Date Signed

FILED
2005 JAN 18 P 2:18
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

DEFENDANT: Edward Adjei
CASE NUMBER: 04CR80744-1

## IMPRISONMENT

The defendant is hereby commited to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **4 Months and 10 Days, TIME SERVED. The defendant is to be immediately released to the custody of the Customs and Border Protection Agency.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____ , with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal

AO245B [Rev. 12/03] Judgment 2:04-cr-80744-AJT-DAS   Doc # 19   Filed 01/18/05   Pg 3 of 3   Pg ID 57
Sheet 5 - Criminal Monetary Penalties

Judgment-Page 3 of 3

DEFENDANT: Edward Adjei
CASE NUMBER: 04CR80744-1

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 100.00 | $ 0.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.